USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
TRUSTEES OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND, ANNUITY FUND, and APPRENTICESHIP, JOURNEYMAN RETRAINING, EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF THE NEW YORK CITY CARPENTERS RELIEF AND CHARITY FUND, and CARPENTER CONTRACTOR ALLIANCE OF METROPOLITAN NEW YORK,

                      Plaintiffs,

-against-

D.P.O. BUILDING MAINTENANCE & CONSTRUCTION, INC., DPO CONSTRUCTION LLC, and SEAN O'NEILL,

                      Defendants.

22 Civ. 8962 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On November 2, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by January 4, 2023. ECF No. 6. Those submissions are now overdue. Accordingly, by **January 19, 2023**, the parties shall submit their joint letter and proposed case management plan.

      SO ORDERED.

Dated: January 5, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge