```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/9/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, and APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, and CARPENTER
CONTRACTOR ALLIANCE OF
METROPOLITAN NEW YORK,

      Plaintiffs,

-against-             22 Civ. 8962 (AT)

D.P.O. BUILDING MAINTENANCE &      **ORDER**
CONSTRUCTION, INC., DPO CONSTRUCTION
LLC, and SEAN O'NEILL,

      Defendants.

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' proposed case management plan. ECF No. 18. The parties request more than 120 days for fact discovery without explaining how the case presents "unique complexities or other exceptional circumstances." *Id.* ¶ 5. Accordingly, by **January 19, 2023**, the parties shall resubmit their proposed case management plan.

  SO ORDERED.

Dated: January 9, 2023
   New York, New York

                         ANALISA TORRES
                      United States District Judge