USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF THE NEWYORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                                      Plaintiffs,              **ORDER SCHEDULING TELEPHONE CONFERENCE**

      -against-

                                                               **22-CV-8962 (AT)**

D.P.O. BUILDING MAINTENANCE &
CONSTRUCTION, INC., et al.,

                                      Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 23). A telephone conference will be held on **Thursday, March 2, 2023 at 3:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: February 7, 2023
       New York, New York

                                                     */s/ Katharine H. Parker*
                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge