USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
TRUSTEES OF THE NEWYORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, et al.,

                                  Plaintiffs,

        -against-

D.P.O. BUILDING MAINTENANCE &
CONSTRUCTION, INC., et al.,

                                Defendants.
----------------------------------------------------------------X

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

22-CV-8962 (AT)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Order of Dismissal filed on August 14, 2023 (doc. no 46) the Settlement Conference currently scheduled for **September 13, 2023** is hereby adjourned *sine die*.

**SO ORDERED.**

Dated: August 15, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge